ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 102720),
PETER A. HUTCHINSON (SBN 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: ac@racclaw.com; marshah@racclaw.com; peterh@racclaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAVAGE BUILDING MAINTENANCE, a California partnership; FELICIA L. SAVAGE, an individual also known as FELICIA SAVAGE; ALICIA A. SAVAGE, an individual,<br><br>Defendants. | NO. CV 05-8476 DDP (JTLx)<br><br>[~~PROPOSED~~] **CORRECTED JUDGMENT BY DEFAULT FOR MONETARY DAMAGES**<br><br>[F.R.C.P. 55(b)(2); Fed. R. Civ. Pro. 60(a)]<br><br>DATE: November 1, 2010<br>TIME: 10:00 a.m.<br>CRTM: 3 (2nd Floor)<br>PLACE: 312 N. Spring Street<br>Los Angeles, CA |

Judgment was entered in this action on December 26, 2006 in favor of the above-captioned plaintiff and jointly and severally against the above-captioned defendants. The judgment creditor has filed a motion to correct the spelling of the first name of one of the judgment debtors. Based on that motion and its supporting declaration, and good cause appearing therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that corrected judgment is hereby entered as follows:

Each of the defendants, SAVAGE BUILDING MAINTENANCE, a California partnership (hereinafter "SAVAGE" where not referred to by its full above-captioned name), FELICIA L. SAVAGE, an individual also known as FELICIA SAVAGE (hereinafter "FELICIA SAVAGE" where not referred to by her full above-captioned name), and ALICIA A. SAVAGE, an individual (hereinafter "ALICIA SAVAGE" where not referred to by her full above-captioned name), have each been regularly served with process and have each failed to appear and answer the plaintiff's complaint. The defaults of SAVAGE, FELICIA SAVAGE and ALICIA SAVAGE have been entered. None of the defendants is an infant or incompetent person, and the Soldiers and Sailor's Relief Act of 1940 is not applicable to any of the defendants.

The issue of the amount of damages was submitted to the Court by the plaintiff by a motion supported by declarations. Based upon that motion, its supporting declarations and all other records and documents on file,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company (hereinafter "ADMINCO"), an administrator of, agent for collection for, fiduciary to, and on behalf of, the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively "TRUST FUNDS"), and jointly and

severally against the defendants, SAVAGE BUILDING MAINTENANCE, a California partnership, FELICIA L. SAVAGE, an individual also known as FELICIA SAVAGE, and ALICIA A. SAVAGE, an individual, for the principal sum of $51,474.32 (consisting of unpaid fringe benefit contributions, liquidated damages and audit fees), $9,248.57 in interest, $12,476.50 in attorney fees and $534.08 in costs of suit, for **A TOTAL MONETARY JUDGMENT IN THE AMOUNT OF $73,733.47.** This amount is due for the months of December 2003 through June 2004. This judgment shall not operate as a bar, res judicata, or other limitation of any right of ADMINCO, the TRUST FUNDS and/or any constituent trust fund of the TRUST FUNDS to determine and collect any additional amounts owed by SAVAGE, FELICIA L. SAVAGE and/or ALICIA SAVAGE to the TRUST FUNDS and/or any constituent trust fund of the TRUST FUNDS, including, but not limited to, any additional amounts due for the months of December 2003 through June 2004.

**THIS CORRECTED JUDGMENT SHALL BE DEEMED, *NUNC PRO TUNC*, TO HAVE BEEN ENTERED ON DECEMBER 26, 2006. IT SUPERSEDES, AND REPLACES, THE DOCUMENT ENTERED AS JUDGMENT ON THAT DATE. THE DOCUMENT HEREBY ENTERED AS CORRECTED JUDGMENT SHALL HAVE THE FULL FORCE AND EFFECT OF A FINAL**

///
///

182875.1

JUDGMENT ENTERED ON DECEMBER 26, 2006, INCLUDING (BUT NOT LIMITED TO) FOR PURPOSES OF ENFORCEMENT AND EXECUTION.

DATED: 11/4/10

DEAN D. PREGERSON, Judge of the
United States District Court
Central District of California

Submitted by:

REICH, ADELL & CVITAN,
A Professional Law Corporation

By: _____/S/_____
PETER A. HUTCHINSON
Attorneys for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000 Los Angeles, California 90010-2421.

  I served the foregoing document on **September 27, 2010**, described as **[PROPOSED] CORRECTED JUDGMENT BY DEFAULT FOR MONETARY DAMAGES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 27, 2010**, at Los Angeles, California.

            /S/
            Mary Helen Lopez

182875.1

# SERVICE LIST
## U.S.D.C. No. CV 05-8476 DDP (JTLx)

| # | Party | Role |
|---|---|---|
| 1-4 | Savage Building Maintenance<br>A California partnership<br>2291 W. 23rd Street<br>Los Angeles, CA 90018 | Defendant |
| 5-7 | Felicia L. Savage, an Individual<br>also known as Felicia Savage<br>2291 W. 23rd Street<br>Los Angeles, CA 90018 | Defendant |
| 8-9 | Alecia A. Savage, an Individual<br>2291 W. 23rd Street<br>Los Angeles, CA 90018 | Defendant |
| 10-11 | Alecia A. Savage, an Individual<br>264 S. La Cienega Blvd., Suite 863<br>Beverly Hills, CA 90211 | Defendant |
| 12-13 | Alecia A. Savage, an Individual<br>1185 Holloway Avenue<br>San Francisco, CA 94132-2745 | Defendant |
| 14-15 | Felicia L. Savage, an Individual<br>264 S. La Cienega Blvd., Suite 863<br>Beverly Hills, CA 90211 | Defendant |
| 16-17 | Savage Building Maintenance<br>A California partnership<br>264 S. La Cienega Blvd., Suite 863<br>Beverly Hills, CA 90211 | Defendant |

182875.1