UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAVAGE BUILDING MAINTENANCE, a California partnership; FELICIA L. SAVAGE, an individual also known as FELICIA SAVAGE; ALECIA A. SAVAGE, an individual,<br><br>Defendants. | NO. CV 05-8476 DDP (JTLx)<br><br>~~[PROPOSED] ORDER FOR~~ **RENEWAL OF JUDGMENT**<br><br>BY CLERK<br><br>[NO HEARING REQUIRED] |

Judgment Debtors, SAVAGE BUILDING MAINTENANCE, a California partnership, FELICIA L. SAVAGE, an individual also known as FELICIA SAVAGE, and ALICIA A. SAVAGE, an individual (hereinafter referred to collectively as "DEBTORS"), having had Judgment entered jointly and severally against DEBTORS on December 26, 2006 and Judgment Nunc Pro Tunc entered on November 4, 2010, and Order [docket number 49].

1

257376.1

NOW, upon Application of Plaintiffs/Judgment Creditors, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company (hereinafter referred to as "JUDGMENT CREDITORS"), upon declaration that DEBTORS have failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITORS.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the money judgment against DEBTORS be renewed in the amount of $83,703.47 as follows:

Renewal of Money Judgment:

| | | | |
|---|---|---|---|
| a. | Total Judgment | | $ 73,733.47 |
| b. | Costs after Judgment | | $ 0.00 |
| c. | Interest after Judgment computed through January 8, 2014 at 4.96% accruing at $11.37 per day | | $ 26,886.66 |
| d. | Less credits after Judgment | | ($ 16,916.66) |
| e. | Total Renewed Judgment | | $ 83,703.47 |

DATED: January 22.2014

_____ Deputy Clerk
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2

257376.1